IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN LEE HUTCHESON,

    Plaintiff,

v.                                                            CASE NO. 5:13-cv-385-RS-EMT

BAY COUNTY SHERIFF'S DEPARTMENT
JAIL, et al.,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 15). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

3. The clerk is directed to close the file.

**ORDERED** on June 19, 2014.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**